```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MALIBU MEDIA, LLC,                                             :
                                                               :
                            Plaintiff,                         :
                                                               :        18-cv-11794 (LJL)
        -v-                                                    :
                                                               :        ORDER
SAMIR RANDERIA,                                                :
                                                               :
                            Defendant.                         :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/2020

LEWIS J. LIMAN, United States District Judge:

At the initial pretrial conference on May 13, 2020, the parties informed the Court that they have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: May 13, 2020
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge